UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-00175-SEP |
| | ) |
| ST. LOUIS-KANSAS CITY CARPENTERS | ) |
| REGIONAL COUNCIL, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims based on her December 2014 Reduction in hours are **DISMISSED with prejudice.**

Dated this 30th day of September 2021.

*Sarah E. Pitlyk*
_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE